IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STANLEY COHEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 17-CV-608-SMY-RJD |
| | ) |
| JEFFERY DENNISON and DOCTOR DAVID, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

This matter is before the Court on the Report and Recommendation ("Report") of United States Magistrate Judge Reona J. Daly (Doc. 58), recommending that Defendants Jeffery Dennison and Doctor David's Motions for Summary Judgment for Failure to Exhaust Administrative Remedies be granted (Docs. 32 and 33). No objections have been filed to the Report. For the following reasons, Judge Daly's Report and Recommendation is **ADOPTED**.

When neither timely nor specific objections to a Report and Recommendation are made, the Court need not conduct a *de novo* review of the Report and Recommendation. *See Thomas v. Arn*, 474 U.S. 140 (1985). Instead, the Court reviews the Report and Recommendation for clear error. *Johnson v. Zema Systems Corp.,* 170 F.3d 734, 739 (7th Cir. 1999). The Court may then "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

Here, Judge Daly thoroughly discussed and supported her conclusion that Plaintiff did not exhaust his available administrative remedies regarding his claim in this matter. The Court finds no clear error with respect to Judge Daly's findings, analysis or conclusions, and adopts her Report

and Recommendation in its entirety. Accordingly, Defendants' Motions for Summary Judgment (Docs. 32 and 33) are **GRANTED** and this matter is **DISMISSED without prejudice**.

**IT IS SO ORDERED.**

**DATED: May 9, 2019**

**STACI M. YANDLE**
**United States District Judge**